FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, November 9, 2021

No. 04-21-00271-CV

In the Interest of B.C.V, a Child,
Appellant

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020EM501649
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On July 16, 2021, the clerk's record was filed in this appeal. On August 18, 2021, the reporter's record was filed. Accordingly, appellant's brief was originally due on or before September 17, 2021. Appellant filed a motion for extension of time to file his brief, which we granted and extended the time for appellant to file his brief to October 25, 2021. To date, neither appellant's brief nor a second motion for extension of time to file appellant's brief has been filed.

We, therefore, **ORDER** appellant to file, on or before **November 22, 2021**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file his brief and (2) why appellee is not significantly injured by appellant's failure to timely file his brief. If appellant fails to file his brief and the written explanation by the date ordered, **this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court